**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUORUM HEALTH CORPORATION, | ) | Case No. 20-10766 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-4725208 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MCKENZIE-WILLAMETTE REGIONAL MEDICAL CENTER ASSOCIATES, LLC, | ) | Case No. 20-10767 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0214051 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MWMC HOLDINGS, LLC, | ) | Case No. 20-10768 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8007512 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QHCCS, LLC, | ) | Case No. 20-10769 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 38-3980467 | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MCKENZIE PHYSICIAN SERVICES, LLC, | ) Case No. 20-10770 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1334650 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TRIAD OF OREGON, LLC, | ) Case No. 20-10771 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1761990 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SPRINGFIELD OREGON HOLDINGS, LLC, | ) Case No. 20-10772 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3738480 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| QUORUM HEALTH INVESTMENT COMPANY, LLC, | ) Case No. 20-10773 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1334650 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FORREST CITY HOLDINGS, LLC, | ) Case No. 20-10774 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4216978 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FORREST CITY CLINIC COMPANY, LLC, | ) Case No. 20-10775 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5624608 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FORREST CITY ARKANSAS HOSPITAL COMPANY, LLC, | ) Case No. 20-10776 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4217095 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMBULANCE SERVICES OF FORREST CITY, LLC, | ) Case No. 20-10777 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4285867 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PAINTSVILLE HMA PHYSICIAN MANAGEMENT, LLC, | ) Case No. 20-10778 (KBO) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3446832 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PAINTSVILLE HOSPITAL COMPANY, LLC, | ) Case No. 20-10779 (KBO) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 61-0301300 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PHILLIPS HOSPITAL COMPANY, LLC, | ) Case No. 20-10780 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 75-2976342 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PHILLIPS CLINIC COMPANY, LLC, | ) Case No. 20-10781 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0067794 | ) |

4

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MESQUITE CLINIC MANAGEMENT COMPANY, LLC, | ) | Case No. 20-10782 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0531464 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MMC OF NEVADA, LLC, | ) | Case No. 20-10783 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 42-1543617 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORT PAYNE CLINIC CORPORATION, | ) | Case No. 20-10784 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4370983 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORT PAYNE HBP, LLC, | ) | Case No. 20-10785 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-3786665 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FORT PAYNE HOSPITAL CORPORATION, | ) | Case No. 20-10786 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4370870 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FORT PAYNE RHC CORPORATION, | ) | Case No. 20-10787 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4468089 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHC CALIFORNIA HOLDINGS, LLC, | ) | Case No. 20-10788 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 81-2040640 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HOSPITAL OF BARSTOW, INC., | ) | Case No. 20-10789 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 76-0385534 | ) |  |
|  | ) |  |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARSTOW HEALTHCARE MANAGEMENT, INC., | ) | Case No. 20-10791 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-1197153 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BLUE RIDGE GEORGIA HOLDINGS, LLC, | ) | Case No. 20-10792 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-5191757 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BLUE RIDGE GEORGIA HOSPITAL COMPANY, LLC, | ) | Case No. 20-10793 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 76-0350464 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HIDDEN VALLEY MEDICAL CENTER, INC., | ) | Case No. 20-10794 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-2139333 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FANNIN REGIONAL ORTHOPAEDIC CENTER, INC., | ) | Case No. 20-10795 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-2064820 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ANNA HOSPITAL CORPORATION, | ) | Case No. 20-10796 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 36-4431843 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ANNA CLINIC CORPORATION, | ) | Case No. 20-10797 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5764528 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KNOX CLINIC CORPORATION, | ) | Case No. 20-10798 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0847781 | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| IN-HOME MEDICAL EQUIPMENT SUPPLIES AND SERVICES, INC., | Case No. 20-10799 (KBO) |
| Debtor. | |
| Tax I.D. No. 37-1201421 | |
| In re: | Chapter 11 |
| GALESBURG PROFESSIONAL SERVICES, LLC, | Case No. 20-10800 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-4445815 | |
| In re: | Chapter 11 |
| GALESBURG HOSPITAL CORPORATION, | Case No. 20-10801 (KBO) |
| Debtor. | |
| Tax I.D. No. 37-1485782 | |
| In re: | Chapter 11 |
| GRANITE CITY ASC INVESTMENT COMPANY, LLC, | Case No. 20-10802 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2962697 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY CLINIC CORPORATION, | ) | Case No. 20-10803 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4470692 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY HBP CORPORATION, | ) | Case No. 20-10805 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 90-1013621 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY HOSPITAL CORPORATION, | ) | Case No. 20-10806 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4460625 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY ILLINOIS HOSPITAL COMPANY, LLC | ) | Case No. 20-10807 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4460628 | ) |  |
|  | ) |  |

| | |
|---|---|
| In re: | Chapter 11 |
| GRANITE CITY ORTHOPEDIC PHYSICIANS COMPANY, LLC, | Case No. 20-10808 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-2196041 | |

| | |
|---|---|
| In re: | Chapter 11 |
| GRANITE CITY PHYSICIANS CORPORATION, | Case No. 20-10809 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-1399430 | |

| | |
|---|---|
| In re: | Chapter 11 |
| EDWARDSVILLE AMBULATORY SURGERY CENTER, L.L.C., | Case No. 20-10810 (KBO) |
| Debtor. | |
| Tax I.D. No. 37-1343371 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MARION HOSPITAL CORPORATION, | Case No. 20-10811 (KBO) |
| Debtor. | |
| Tax I.D. No. 36-4460628 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEMORIAL MANAGEMENT, INC., | ) | Case No. 20-10812 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1359195 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER TO RIVER HEART GROUP, LLC, | ) | Case No. 20-10813 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4483307 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHERN ILLINOIS MEDICAL CARE ASSOCIATES, LLC, | ) | Case No. 20-10814 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-3720034 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEARTLAND RURAL HEALTHCARE, LLC, | ) | Case No. 20-10815 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5051452 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL IMAGING OF CARTERVILLE, LLC, | ) | Case No. 20-10816 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-5430235 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CROSSROADS PHYSICIAN CORPORATION, | ) | Case No. 20-10817 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1333412 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL IMAGING OF MT. VERNON, LLC, | ) | Case No. 20-10818 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-4707403 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL HEALTHCARE OF MT. VERNON, INC., | ) | Case No. 20-10819 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-1622971 | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| KING CITY PHYSICIAN COMPANY, LLC, | Case No. 20-10820 (KBO) |
| Debtor. | |
| Tax I.D. No. 46-0722988 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| RED BUD CLINIC CORPORATION, | Case No. 20-10821 (KBO) |
| Debtor. | |
| Tax I.D. No. 30-0018251 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| RED BUD HOSPITAL CORPORATION, | Case No. 20-10822 (KBO) |
| Debtor. | |
| Tax I.D. No. 36-4444121 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| RED BUD ILLINOIS HOSPITAL COMPANY, LLC, | Case No. 20-10823 (KBO) |
| Debtor. | |
| Tax I.D. No. 36-4443919 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| RED BUD PHYSICIAN GROUP, LLC, | Case No. 20-10824 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-4672651 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RED BUD REGIONAL CLINIC COMPANY, LLC, | ) Case No. 20-10825 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-2148009 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MONROE COUNTY SURGICAL CENTER, LLC, | ) Case No. 20-10826 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8292956 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WAUKEGAN CLINIC CORPORATION, | ) Case No. 20-10827 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4872623 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WAUKEGAN HOSPITAL CORPORATION, | ) Case No. 20-10828 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3978400 | ) |
| | ) |

In re:                                           ) Chapter 11
                                                 )
WAUKEGAN ILLINOIS HOSPITAL                       ) Case No. 20-10829 (KBO)
COMPANY, LLC,                                    )
                              Debtor.            )
                                                 )
Tax I.D. No. 20-3978521                          )
                                                 )

In re:                                           ) Chapter 11
                                                 )
LINDENHURST ILLINOIS HOSPITAL                    ) Case No. 20-10830 (KBO)
COMPANY, LLC,                                    )
                                                 )
                              Debtor.            )
                                                 )
Tax I.D. No. 20-5500916                          )
                                                 )

In re:                                           ) Chapter 11
                                                 )
LINDENHURST SURGERY CENTER,                      ) Case No. 20-10831 (KBO)
LLC,                                             )
                                                 )
                              Debtor.            )
                                                 )
Tax I.D. No. 36-4711459                          )
                                                 )

In re:                                           ) Chapter 11
                                                 )
OHANI, LLC,                                      ) Case No. 20-10832 (KBO)
                                                 )
                              Debtor.            )
                                                 )
Tax I.D. No. 36-3996100                          )
                                                 )

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JACKSON HOSPITAL CORPORATION, | ) | Case No. 20-10834 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1285331 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JACKSON PHYSICIAN CORPORATION, | ) | Case No. 20-10835 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1299160 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KENTUCKY RIVER HBP, LLC, | ) | Case No. 20-10837 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0165195 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KENTUCKY RIVER PHYSICIAN CORPORATION, | ) | Case No. 20-10838 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8272971 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOSPITAL OF LOUISA, INC., | ) | Case No. 20-10839 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1238190 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| THREE RIVERS MEDICAL CLINICS, INC., | Case No. 20-10840 (KBO) |
| Debtor. | |
| Tax I.D. No. 61-1284410 | |

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMSTON CLINIC CORPORATION, | Case No. 20-10841 (KBO) |
| Debtor. | |
| Tax I.D. No. 62-1828303 | |

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMSTON HBP SERVICES, LLC, | Case No. 20-10842 (KBO) |
| Debtor. | |
| Tax I.D. No. 45-4680097 | |

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMSTON HOSPITAL CORPORATION, | Case No. 20-10843 (KBO) |
| Debtor. | |
| Tax I.D. No. 62-1749107 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DEMING CLINIC CORPORATION, | Case No. 20-10844 (KBO) |
| Debtor. | |
| Tax I.D. No. 85-0454692 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| DEMING HOSPITAL CORPORATION, | Case No. 20-10845 (KBO) |
| Debtor. | |
| Tax I.D. No. 85-0438008 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| DEMING NURSING HOME COMPANY, LLC, | Case No. 20-10846 (KBO) |
| Debtor. | |
| Tax I.D. No. 32-0357207 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SAN MIGUEL CLINIC CORPORATION, | Case No. 20-10847 (KBO) |
| Debtor. | |
| Tax I.D. No. 55-0822022 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SAN MIGUEL HOSPITAL CORPORATION, | Case No. 20-10848 (KBO) |
| Debtor. | |
| Tax I.D. No. 74-2930034 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUMMIT EMERGENCY MEDICINE, LLC, | ) | Case No. 20-10849 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-3102995 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BEND HOSPITAL CORPORATION, | ) | Case No. 20-10851 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2717545 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOOELE HOSPITAL CORPORATION, | ) | Case No. 20-10852 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-0619248 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOOELE CLINIC CORPORATION, | ) | Case No. 20-10853 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-0635889 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHS UTAH HOLDINGS, LLC, | ) | Case No. 20-10854 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2617099 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMBULANCE SERVICES OF TOOELE, LLC, | ) | Case No. 20-10855 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2617147 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVANSTON CLINIC CORPORATION, | ) | Case No. 20-10856 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0330554 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVANSTON HOSPITAL CORPORATION, | ) | Case No. 20-10857 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0327475 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHC ARM SHARED SERVICES, LLC, | ) | Case No. 20-10858 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1859834 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHC HIM SHARED SERVICES, LLC, | ) | Case No. 20-10859 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 36-4824069 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHR DEVELOPMENT, LLC, | ) | Case No. 20-10860 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 62-1744953 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHR HEALTHCARE AFFILIATES, LLC, | ) | Case No. 20-10861 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-0997820 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHR INTENSIVE RESOURCES, LLC, | ) | Case No. 20-10862 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 62-1744954 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHR INTERNATIONAL, LLC, | ) | Case No. 20-10863 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 32-0422841 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUORUM HEALTH RESOURCES, LLC, | ) | Case No. 20-10864 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 62-1742954 | ) |  |
|  | ) |  |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUORUM PURCHASING ADVANTAGE, LLC, | ) | Case No. 20-10865 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-2096788 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUORUM SOLUTIONS, LLC, | ) | Case No. 20-10866 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-4326822 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUORUM HEALTH FOUNDATION, INC., | ) | Case No. 20-10867 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 65-1115909 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OUR HEALTHY CIRCLE, | ) | Case No. 20-10868 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-2267264 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUORUM HEALTH CORPORATION POLITICAL ACTION COMMITTEE, | ) | Case No. 20-10869 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-3271159 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DHSC, LLC, | ) | Case No. 20-10870 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1343371 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DOCTORS HOSPITAL PHYSICIAN SERVICES, LLC, | ) | Case No. 20-10871 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 55-0799022 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MASSILLON COMMUNITY HEALTH SYSTEM LLC | ) | Case No. 20-10872 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 55-0799029 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MASSILLON HEALTH SYSTEM LLC, | ) | Case No. 20-10873 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 34-1840860 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MASSILLON HOLDINGS, LLC, | ) | Case No. 20-10874 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0201156 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MASSILLON PHYSICIAN SERVICES, LLC | ) | Case No. 20-10875 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-1014268 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHG OF MASSILLON, INC., | ) | Case No. 20-10876 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 31-1472380 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUGUSTA HOSPITAL, LLC | ) | Case No. 20-10877 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5112383 | ) | |
| | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| AUGUSTA PHYSICIAN SERVICES, LLC, | Case No. 20-10878 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-5112086 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CSRA HOLDINGS, LLC, | Case No. 20-10879 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-5111915 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MONROE DIAGNOSTIC TESTING CENTERS, LLC, | Case No. 20-10880 (KBO) |
| Debtor. | |
| Tax I.D. No. 37-1848321 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MONROE HMA PHYSICIAN MANAGEMENT, LLC, | Case No. 20-10881 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-3344989 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MONROE HMA, LLC, | ) | Case No. 20-10882 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0141568 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARROW HEALTH VENTURES, INC., | ) | Case No. 20-10883 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-1197153 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEORGIA HMA PHYSICIAN MANAGEMENT, LLC, | ) | Case No. 20-10884 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2660181 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDER HMA, LLC, | ) | Case No. 20-10885 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-3749930 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAMLET H.M.A, LLC, | ) | Case No. 20-10886 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-1741827 | ) | |
| | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| HAMLET HMA PHYSICIAN MANAGEMENT, LLC, | Case No. 20-10887 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-1928110 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HAMLET HMA PPM, LLC, | Case No. 20-10888 (KBO) |
| Debtor. | |
| Tax I.D. No. 27-0457891 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BLUE ISLAND CLINIC COMPANY, LLC | Case No. 20-10889 (KBO) |
| Debtor. | |
| Tax I.D. No. 45-4082575 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BLUE ISLAND HBP MEDICAL GROUP, LLC, | Case No. 20-10890 (KBO) |
| Debtor. | |
| Tax I.D. No. 45-4596253 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE ISLAND HOSPITAL COMPANY, LLC, | ) | Case No. 20-10891 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-4082512 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE ISLAND ILLINOIS HOLDINGS, LLC, | ) | Case No. 20-10892 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 61-1667279 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHC BLUE ISLAND URGENT CARE HOLDINGS, LLC, | ) | Case No. 20-10893 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 81-5427285 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTRAL ALABAMA PHYSICIAN SERVICES, INC., | ) | Case No. 20-10894 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 63-1211972 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GREENVILLE CLINIC CORPORATION, | ) | Case No. 20-10895 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1831646 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREENVILLE HOSPITAL CORPORATION, | ) | Case No. 20-10896 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 63-1134649 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CLINTON HOSPITAL CORPORATION, | ) | Case No. 20-10897 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-0003715 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HAVEN CLINTON MEDICAL ASSOCIATES, LLC, | ) | Case No. 20-10898 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-0152021 | ) | |
| | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| LOCK HAVEN CLINIC COMPANY, LLC, | Case No. 20-10899 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-5689444 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| MCKENZIE CLINIC CORPORATION, | Case No. 20-10900 (KBO) |
| Debtor. | |
| Tax I.D. No. 30-0127159 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMBULANCE SERVICES OF MCKENZIE, INC., | Case No. 20-10901 (KBO) |
| Debtor. | |
| Tax I.D. No. 30-0127139 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| MCKENZIE TENNESSEE HOSPITAL COMPANY, LLC | Case No. 20-10902 (KBO) |
| Debtor. | |
| Tax I.D. No. 42-1557531 | |

|  | ) |  |
| --- | --- | --- |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SUNBURY CLINIC COMPANY, LLC, | ) | Case No. 20-10903 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-5689575 | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SUNBURY HOSPITAL COMPANY, LLC, | ) | Case No. 20-10904 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-3346421 | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BIG SPRING HOSPITAL CORPORATION, | ) | Case No. 20-10905 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 75-2574581 | ) |  |
|  | ) |  |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing procedural consolidation and joint administration of the Debtors' related chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1]    Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-10766 (KBO).

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUORUM HEALTH CORPORATION, *et al.*, | ) | Case No. 20- 10766 (KBO) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

---

[1]     The last four digits of Quorum Health Corporation's tax identification number are 5208. There are 135 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Quorum. The location of Quorum Health Corporation's corporate headquarters and the Debtors' service address is 1573 Mallory Lane, Brentwood, Tennessee 37027.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      An entry shall be made on the docket of each of the Debtors' cases, other than that of Quorum Health Corporation, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Quorum Health Corporation, Case No. 20-10766; McKenzie-Willamette Regional Medical Center Associates, LLC, Case No. 20-10767; MWMC Holdings, LLC, Case No. 20-10768; QHCCS, LLC, Case No. 20-10769; McKenzie Physician Services, LLC, Case No. 20-10770; Triad of Oregon, LLC, Case No. 20-10771; Springfield Oregon Holdings, LLC, Case No. 20-10772; Quorum Health Investment Company, LLC, Case No. 20-10773; Forrest City Holdings, LLC, Case No. 20-10774; Forrest City Clinic Company, LLC, Case No. 20-10775; Forrest City Arkansas Hospital Company, LLC, Case No. 20-10776; Ambulance Services of Forrest City, LLC, Case No. 20-10777; Paintsville HMA Physician Management, LLC, Case No. 20-10778; Paintsville Hospital Company, LLC, Case No. 20-10079; Phillips Hospital Company, LLC, Case No. 20-10780; Phillips Clinic Company, LLC, Case No. 20-10781; Mesquite Clinic Management Company, LLC, Case No. 20-10782; MMC of Nevada, LLC, Case No. 20-10783; Fort Payne Clinic Corporation, Case No. 20-10784; Fort Payne HBP, LLC, Case No. 20-10785; Fort Payne Hospital Corporation, Case No. 20-10786; Fort Payne RHC Corporation, Case No. 20-10787; QHC California Holdings, LLC, Case No. 20-10788; Hospital of Barstow, Inc., Case No. 20-10789; Barstow Healthcare Management, Inc., Case No. 20-10791; Blue Ridge Georgia Holdings, LLC, Case No. 20-10792; Blue Ridge Georgia Hospital Company, LLC, Case No. 20-10793; Hidden Valley Medical Center, Inc., Case No. 20-10794; Fannin Regional Orthopaedic Center, Inc., Case No. 20-10795; Anna Hospital Corporation, Case No. 20-10796; Anna Clinic Corporation, Case No. 20-10797; Knox Clinic Corporation, Case No. 20-10798; In-Home Medical Equipment and Supplies and Services, Inc., Case No. 20-10799; Galesburg Professional Services, LLC, Case No. 20-10800; Galesburg Hospital Corporation, Case No. 20-10801; Granite City ASC Investment Company, LLC, Case No. 20-10802; Granite City Clinic Corporation, Case No. 20-10803; Granite City HBP Corporation, Case No. 20-10805; Granite City

Hospital Corporation, Case No. 20-10806; Granite City Illinois Hospital Company, LLC, Case No. 20-10807; Granite City Orthopedic Physicians Company, LLC, Case No. 20-10808; Granite City Physicians Corporation, Case No. 20-10809; Edwardsville Ambulatory Surgery Center, L.L.C., Case No. 20-10810; Marion Hospital Corporation, Case No. 20-10811; Memorial Management, Inc., Case No. 20-10812; River to River Heart Group, LLC, Case No. 20-10813; Southern Illinois Medical Care Associates, LLC, Case No. 20-10814; Heartland Rural Healthcare, LLC, Case No. 20-10815; National Imaging of Carterville, LLC, Case No. 20-10816; Crossroads Physician Corporation, Case No. 20-10817; National Imaging of Mt. Vernon, LLC, Case No. 20-10818; National Healthcare of Mt. Vernon, Inc., Case No. 20-10819; King City Physician Company, LLC, Case No. 20-10820; Red Bud Clinic Corporation, Case No. 20-10821; Red Bud Hospital Corporation, Case No. 20-10822; Red Bud Illinois Hospital Company, LLC, Case No. 20-10823; Red Bud Physician Group, LLC, Case No. 20-10824; Red Bud Regional Clinic Company, LLC, Case No. 20-10825; Monroe County Surgical Center, LLC, Case No. 20-10826; Waukegan Clinic Corporation, Case No. 20-10827; Waukegan Hospital Corporation, Case No. 20-10828; Waukegan Illinois Hospital Company, LLC, Case No. 20-10829; Lindenhurst Illinois Hospital Company, LLC, Case No. 20-10830; Lindenhurst Surgery Center, LLC, Case No. 20-10831; OHANI, LLC, Case No. 20-10832; Jackson Hospital Corporation, Case No. 20-10834; Jackson Physician Corporation, Case No. 20-10835; Kentucky River HBP, LLC, Case No. 20-10837; Kentucky River Physician Corporation, Case No. 20-10838; Hospital of Louisa, Inc., Case No. 20-10839; Three Rivers Medical Clinics, Inc., Case No. 20-10840; Williamston Clinic Corp., Case No. 20-10841; Williamston HBP Services, LLC, Case No. 20-10842; Williamston Hospital Corporation, Case No. 20-10843; Deming Clinic Corporation, Case No. 20-10844; Deming Hospital Corporation, Case No. 20-10845; Deming Nursing Home Company, LLC, Case No. 20-10846; San Miguel Clinic Corporation, Case No. 20-10847; San Miguel Hospital Corporation, Case No. 20-10848; Summit Emergency Medicine, LLC, Case No. 20-10849; Big Bend Hospital Corporation, Case No. 20-10851; Tooele Hospital Corporation, Case No. 20-10852; Tooele Clinic Corporation, Case No. 20-10853; CHS Utah Holdings, LLC, Case No. 20-10854; Ambulance Services of Tooele, LLC, Case No. 20-10855; Evanston Clinic Corporation, Case No. 20-10856; Evanston Hospital Corporation, Case No. 20-10857; QHC ARM Shared Services, LLC, Case No. 20-10858; QHC HIM Shared Services, LLC, Case No. 20-10859; QHR Development, LLC, Case No. 20-10860; QHR Healthcare Affiliates, LLC, Case No. 20-10861; QHR Intensive Resources,

LLC, Case No. 20-10862; QHR International, LLC, Case No. 20-10863; Quorum Health Resources, LLC, Case No. 20-10864; Quorum Purchasing Advantage, LLC, Case No. 20-10865; Quorum Solutions, LLC, Case No. 20-10866; Quorum Health Foundation, Inc., Case No. 20-10867; Our Healthy Circle, Case No. 20-10868; Quorum Health Corporation Political Action Committee, Case No. 20-10869; DHSC, LLC, Case No. 20-10870; Doctors Hospital Physician Services, LLC, Case No. 20-10871; Massillon Community Health System LLC, Case No. 20-10872; Massillon Health System LLC, Case No. 20-10873; Massillon Holdings, LLC, Case No. 20-10874; Massillon Physician Services, LLC, Case No. 20-10875; QHG of Massillon, Inc., Case No. 20-10876; Augusta Hospital, LLC, Case No. 20-10877; Augusta Physician Services, LLC, Case No. 20-10878; CSRA Holdings, LLC, Case No. 20-10879; Monroe Diagnostic Testing Centers, LLC, Case No. 20-10880; Monroe HMA Physician Management, LLC, Case No. 20-10881; Monroe HMA, LLC, Case No. 20-10882; Barrow Health Ventures, Inc., Case No. 20-10883; Georgia HMA Physician Management, LLC, Case No. 20-10884; Winder HMA, LLC, Case No. 20-10885; Hamlet H.M.A., LLC, Case No. 20-10886; Hamlet HMA Physician Management, LLC, Case No. 20-10887; Hamlet HMA PPM, LLC, Case No. 20-10888; Blue Island Clinic Company, LLC, Case No. 20-10889; Blue Island HBP Medical Group, LLC, Case No. 20-10890; Blue Island Hospital Company, LLC, Case No. 20-10891; Blue Island Illinois Holdings, LLC, Case No. 20-10892; QHC Blue Island Urgent Care Holdings, LLC, Case No. 20-10893; Central Alabama Physician Services, Inc., Case No. 20-10894; Greenville Clinic Corporation, Case No. 20-10895; Greenville Hospital Corporation, Case No. 20-10896; Clinton Hospital Corporation, Case No. 20-10897; Haven Clinton Medical Associates, LLC, Case No. 20-10898; Lock Haven Clinic Company, LLC, Case No. 20-10899; McKenzie Clinic Corporation, Case No. 20-10900; Ambulance Services of McKenzie, Inc., Case No. 20-10901: McKenzie Tennessee Hospital Company, LLC, Case No. 20-10902; Sunbury Clinic Company, LLC, Case No. 20-10903; Sunbury Hospital Company, LLC, Case No. 20-10904; and Big Spring Hospital Corporation, Case No. 20-10905. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Quorum Health Corporation, Case No. 20-10766 (KBO).

6.    The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 8th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**