EXHIBIT A

Proposed Final Decree

DM_US 170639876-4.110184.0013

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MCKENZIE-WILLAMETTE REGIONAL | ) Case No. 20-10767 (KBO) |
| MEDICAL CENTER ASSOCIATES, LLC, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0214051 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MWMC HOLDINGS, LLC, | ) Case No. 20-10768 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8007512 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| QHCCS, LLC, | ) Case No. 20-10769 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 38-3980467 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MCKENZIE PHYSICIAN SERVICES, | ) Case No. 20-10770 (KBO) |
| LLC, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1334650 | ) |

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| TRIAD OF OREGON, LLC, | )  Case No. 20-10771 (KBO) |
| Debtor. | ) )  |
| Tax I.D. No. 62-1761990 | ) ) |
| In re: | ) )  Chapter 11 |
| SPRINGFIELD OREGON HOLDINGS, LLC, | )  Case No. 20-10772 (KBO) )  |
| Debtor. | ) ) |
| Tax I.D. No. 26-3738480 | ) ) |
| In re: | ) )  Chapter 11 |
| QUORUM HEALTH INVESTMENT COMPANY, LLC, | )  Case No. 20-10773 (KBO) )  |
| Debtor. | ) ) |
| Tax I.D. No. 45-5191841 | ) ) |
| In re: | ) )  Chapter 11 |
| FORREST CITY HOLDINGS, LLC, | )  Case No. 20-10774 (KBO) |
| Debtor. | ) ) |
| Tax I.D. No. 20-4216978 | ) ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FORREST CITY CLINIC COMPANY, LLC, | ) Case No. 20-10775 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5624608 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FORREST CITY ARKANSAS HOSPITAL COMPANY, LLC, | ) Case No. 20-10776 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4217095 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMBULANCE SERVICES OF FORREST CITY, LLC, | ) Case No. 20-10777 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4285867 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PAINTSVILLE HMA PHYSICIAN MANAGEMENT, LLC, | ) Case No. 20-10778 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3446832 | ) |

DM_US 170639876-4.110184.0013

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PAINTSVILLE HOSPITAL COMPANY, LLC, | ) | Case No. 20-10779 (KBO) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 61-0301300 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PHILLIPS HOSPITAL COMPANY, LLC, | ) | Case No. 20-10780 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 75-2976342 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PHILLIPS CLINIC COMPANY, LLC, | ) | Case No. 20-10781 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-0067794 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MESQUITE CLINIC MANAGEMENT COMPANY, LLC, | ) | Case No. 20-10782 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-0531464 | ) |  |
|  | ) |  |

4

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MMC OF NEVADA, LLC, | ) | Case No. 20-10783 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 42-1543617 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FORT PAYNE CLINIC CORP., | ) | Case No. 20-10784 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4370983 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FORT PAYNE HBP, LLC, | ) | Case No. 20-10785 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 83-3786665 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FORT PAYNE HOSPITAL CORPORATION, | ) | Case No. 20-10786 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4370870 | ) |  |
|  | ) |  |

5

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FORT PAYNE RHC CORP., | ) | Case No. 20-10787 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4468089 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHC CALIFORNIA HOLDINGS, LLC, | ) | Case No. 20-10788 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 81-2040640 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HOSPITAL OF BARSTOW, INC., | ) | Case No. 20-10789 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 76-0385534 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BARSTOW HEALTHCARE MANAGEMENT, INC., | ) | Case No. 20-10791 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 33-0663365 | ) |  |
|  | ) |  |

DM_US 170639876-4.110184.0013

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE RIDGE GEORGIA HOLDINGS, LLC, | ) | Case No. 20-10792 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 47-5191757 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE RIDGE GEORGIA HOSPITAL COMPANY, LLC, | ) | Case No. 20-10793 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 76-0350464 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIDDEN VALLEY MEDICAL CENTER, INC., | ) | Case No. 20-10794 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 58-2139333 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| FANNIN REGIONAL ORTHOPAEDIC CENTER, INC., | ) | Case No. 20-10795 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 58-2064820 | ) |  |

7

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ANNA HOSPITAL CORPORATION, | ) | Case No. 20-10796 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4431843 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ANNA CLINIC CORP., | ) | Case No. 20-10797 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-5764528 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GALESBURG PROFESSIONAL SERVICES, LLC, | ) | Case No. 20-10800 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-4445815 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY ASC INVESTMENT COMPANY, LLC, | ) | Case No. 20-10802 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-2962697 | ) |  |

DM_US 170639876-4.110184.0003

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY CLINIC CORP., | ) | Case No. 20-10803 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4470692 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY HBP CORP., | ) | Case No. 20-10805 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 90-1013621 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY HOSPITAL CORPORATION, | ) | Case No. 20-10806 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4460625 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRANITE CITY ILLINOIS HOSPITAL COMPANY, LLC, | ) | Case No. 20-10807 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4460628 | ) |  |

DM_US 170639876-4.110184.0013

In re:                                                  ) Chapter 11
                                                        )
GRANITE CITY ORTHOPEDIC                                  ) Case No. 20-10808 (KBO)
PHYSICIANS COMPANY, LLC,                                 )
                                                        )
                               Debtor.                   )
                                                        )
Tax I.D. No. 20-2196041                                 )
                                                        )

In re:                                                  ) Chapter 11
                                                        )
GRANITE CITY PHYSICIANS CORP.,                           ) Case No. 20-10809 (KBO)
                                                        )
                               Debtor.                   )
                                                        )
Tax I.D. No. 20-1399430                                 )
                                                        )

In re:                                                  ) Chapter 11
                                                        )
EDWARDSVILLE AMBULATORY                                  ) Case No. 20-10810 (KBO)
SURGERY CENTER, L.L.C.,                                  )
                                                        )
                               Debtor.                   )
                                                        )
Tax I.D. No. 37-1343371                                 )
                                                        )

In re:                                                  ) Chapter 11
                                                        )
MARION HOSPITAL CORPORATION,                             ) Case No. 20-10811 (KBO)
                                                        )
                               Debtor.                   )
                                                        )
Tax I.D. No. 36-4460628                                 )
                                                        )

10

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MEMORIAL MANAGEMENT, INC., | ) | Case No. 20-10812 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 37-1359195 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RIVER TO RIVER HEART GROUP, LLC, | ) | Case No. 20-10813 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4483307 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN ILLINOIS MEDICAL CARE ASSOCIATES, LLC, | ) | Case No. 20-10814 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-3720034 | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HEARTLAND RURAL HEALTHCARE, LLC, | ) | Case No. 20-10815 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-5051452 | ) |  |
|  | ) |  |

11

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NATIONAL IMAGING OF CARTERVILLE, LLC, | ) | Case No. 20-10816 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 47-5430235 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CROSSROADS PHYSICIAN CORP., | ) | Case No. 20-10817 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 37-1333412 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NATIONAL IMAGING OF MT. VERNON, LLC, | ) | Case No. 20-10818 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 47-4707403 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NATIONAL HEALTHCARE OF MT. VERNON, INC., | ) | Case No. 20-10819 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 58-1622971 | ) |  |

DM_US 170639876-4.110184.0013

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| KING CITY PHYSICIAN COMPANY, LLC, | ) | Case No. 20-10820 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 46-0722988 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| RED BUD CLINIC CORP., | ) | Case No. 20-10821 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 30-0018251 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| RED BUD HOSPITAL CORPORATION, | ) | Case No. 20-10822 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4444121 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| RED BUD ILLINOIS HOSPITAL COMPANY, LLC, | ) | Case No. 20-10823 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4443919 | ) |  |

13

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED BUD PHYSICIAN GROUP, LLC, | ) | Case No. 20-10824 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-4672651 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RED BUD REGIONAL CLINIC COMPANY, LLC, | ) | Case No. 20-10825 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2148009 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MONROE COUNTY SURGICAL CENTER, LLC, | ) | Case No. 20-10826 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8292956 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WAUKEGAN CLINIC CORP., | ) | Case No. 20-10827 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4872623 | ) | |

14

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WAUKEGAN HOSPITAL CORPORATION, | ) | Case No. 20-10828 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-3978400 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, | ) | Case No. 20-10829 (KBO) |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-3978521 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LINDENHURST ILLINOIS HOSPITAL COMPANY, LLC, | ) | Case No. 20-10830 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-5500916 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LINDENHURST SURGERY CENTER, LLC, | ) | Case No. 20-10831 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4711459 | ) |  |

15

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OHANI, LLC, | ) | Case No. 20-10832 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 36-3996100 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JACKSON HOSPITAL CORPORATION, | ) | Case No. 20-10834 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1285331 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JACKSON PHYSICIAN CORP., | ) | Case No. 20-10835 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1299160 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KENTUCKY RIVER HBP, LLC, | ) | Case No. 20-10837 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0165195 | ) | |
| | ) | |

16

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KENTUCKY RIVER PHYSICIAN CORPORATION, | ) ) | Case No. 20-10838 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8272971 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOSPITAL OF LOUISA, INC., | ) | Case No. 20-10839 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1238190 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THREE RIVERS MEDICAL CLINICS, INC., | ) ) | Case No. 20-10840 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1284410 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAMSTON CLINIC CORP., | ) | Case No. 20-10841 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1828303 | ) | |
| | ) | |

17

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WILLIAMSTON HBP SERVICES, LLC, | ) | Case No. 20-10842 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-4680097 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| WILLIAMSTON HOSPITAL CORPORATION, | ) | Case No. 20-10843 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 62-1749107 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| DEMING CLINIC CORPORATION, | ) | Case No. 20-10844 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 85-0454692 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| DEMING HOSPITAL CORPORATION, | ) | Case No. 20-10845 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 85-0438008 | ) |  |

18

| | |
|---|---|
| In re: | Chapter 11 |
| DEMING NURSING HOME COMPANY, LLC, | Case No. 20-10846 (KBO) |
| Debtor. | |
| Tax I.D. No. 32-0357207 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SAN MIGUEL CLINIC CORP., | Case No. 20-10847 (KBO) |
| Debtor. | |
| Tax I.D. No. 55-0822022 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SAN MIGUEL HOSPITAL CORPORATION, | Case No. 20-10848 (KBO) |
| Debtor. | |
| Tax I.D. No. 74-2930034 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SUMMIT EMERGENCY MEDICINE, LLC, | Case No. 20-10849 (KBO) |
| Debtor. | |
| Tax I.D. No. 84-3102995 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BIG BEND HOSPITAL CORPORATION, | ) | Case No. 20-10851 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 75-2717545 | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOOELE HOSPITAL CORPORATION, | ) | Case No. 20-10852 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 87-0619248 | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOOELE CLINIC CORP., | ) | Case No. 20-10853 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 87-0635889 | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHS UTAH HOLDINGS, LLC, | ) | Case No. 20-10854 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-2617099 | ) |  |
|  | ) |  |

DM_US 170639876-4.110184.0013

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMBULANCE SERVICES OF TOOELE, LLC, | ) | Case No. 20-10855 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-2617147 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| EVANSTON CLINIC CORP., | ) | Case No. 20-10856 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 83-0330554 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| EVANSTON HOSPITAL CORPORATION, | ) | Case No. 20-10857 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 83-0327475 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| QHC ARM SHARED SERVICES, LLC, | ) | Case No. 20-10858 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 37-1859834 | ) |  |

21

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHC HIM SHARED SERVICES, LLC, | ) | Case No. 20-10859 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 36-4824069 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHR DEVELOPMENT, LLC, | ) | Case No. 20-10860 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1744953 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHR HEALTHCARE AFFILIATES, LLC, | ) | Case No. 20-10861 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-0997820 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHR INTENSIVE RESOURCES, LLC, | ) | Case No. 20-10862 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1744954 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHR INTERNATIONAL, LLC, | ) | Case No. 20-10863 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 32-0422841 | ) | |

DM_US 170639876-4.110184.0013

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUORUM HEALTH RESOURCES, LLC, | ) | Case No. 20-10864 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 62-1742954 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUORUM PURCHASING ADVANTAGE, LLC, | ) | Case No. 20-10865 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-2096788 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUORUM SOLUTIONS, LLC, | ) | Case No. 20-10866 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-4326822 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUORUM HEALTH FOUNDATION, INC., | ) | Case No. 20-10867 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 65-1115909 | ) |  |

DM_US 170639876-4.110184.0013

| | |
|---|---|
| In re: | Chapter 11 |
| OUR HEALTHY CIRCLE, | Case No. 20-10868 (KBO) |
| Debtor. | |
| Tax I.D. No. 81-2267264 | |

| | |
|---|---|
| In re: | Chapter 11 |
| QUORUM HEALTH CORPORATION POLITICAL ACTION COMMITTEE, | Case No. 20-10869 (KBO) |
| Debtor. | |
| Tax I.D. No. 81-3271159 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DHSC, LLC, | Case No. 20-10870 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-2871473 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DOCTORS HOSPITAL PHYSICIAN SERVICES, LLC, | Case No. 20-10871 (KBO) |
| Debtor. | |
| Tax I.D. No. 55-0799022 | |

24

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MASSILLON COMMUNITY HEALTH SYSTEM LLC, | ) Case No. 20-10872 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 55-0799029 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MASSILLON HEALTH SYSTEM, LLC, | ) Case No. 20-10873 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 34-1840860 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MASSILLON HOLDINGS, LLC, | ) Case No. 20-10874 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0201156 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MASSILLON PHYSICIAN SERVICES, LLC, | ) Case No. 20-10875 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-1014268 | ) |

25

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHG OF MASSILLON, INC., | ) | Case No. 20-10876 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 31-1472380 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUGUSTA HOSPITAL, LLC, | ) | Case No. 20-10877 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5112383 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUGUSTA PHYSICIAN SERVICES, LLC, | ) | Case No. 20-10878 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5112086 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CSRA HOLDINGS, LLC, | ) | Case No. 20-10879 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5111915 | ) | |
| | ) | |

26

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MONROE DIAGNOSTIC TESTING CENTERS, LLC, | ) | Case No. 20-10880 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 37-1848321 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| MONROE HMA PHYSICIAN MANAGEMENT, LLC, | ) | Case No. 20-10881 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-3344989 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| MONROE HMA, LLC, | ) | Case No. 20-10882 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-0141568 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BARROW HEALTH VENTURES, INC., | ) | Case No. 20-10883 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-1197153 | ) |  |

27

|  |  |
|---|---|
| In re: | Chapter 11 |
| GEORGIA HMA PHYSICIAN MANAGEMENT, LLC, | Case No. 20-10884 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-2660181 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| WINDER HMA, LLC, | Case No. 20-10885 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-3749930 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| HAMLET H.M.A, LLC, | Case No. 20-10886 (KBO) |
| Debtor. | |
| Tax I.D. No. 58-1741827 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| HAMLET HMA PHYSICIAN MANAGEMENT, LLC, | Case No. 20-10887 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-1928110 | |

28

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HAMLET HMA PPM, LLC, | ) | Case No. 20-10888 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 27-0457891 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE ISLAND CLINIC COMPANY, LLC, | ) | Case No. 20-10889 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-4082575 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE ISLAND HBP MEDICAL GROUP, LLC, | ) | Case No. 20-10890 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-4596253 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUE ISLAND HOSPITAL COMPANY, LLC, | ) | Case No. 20-10891 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 45-4082512 | ) |  |

29

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUE ISLAND ILLINOIS HOLDINGS, LLC, | ) | Case No. 20-10892 (KBO) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1667279 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QHC BLUE ISLAND URGENT CARE HOLDINGS, LLC, | ) | Case No. 20-10893 (KBO) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-5427285 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTRAL ALABAMA PHYSICIAN SERVICES, INC., | ) | Case No. 20-10894 (KBO) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 63-1211972 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GREENVILLE CLINIC CORP., | ) | Case No. 20-10895 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 62-1831646 | ) | |
| | ) | |

DM_US 170639876-4.110184.0013

| | |
|---|---|
| In re: | Chapter 11 |
| GREENVILLE HOSPITAL CORPORATION, | Case No. 20-10896 (KBO) |
| Debtor. | |
| Tax I.D. No. 63-1134649 | |
| In re: | Chapter 11 |
| CLINTON HOSPITAL CORPORATION, | Case No. 20-10897 (KBO) |
| Debtor. | |
| Tax I.D. No. 90-0003715 | |
| In re: | Chapter 11 |
| HAVEN CLINTON MEDICAL ASSOCIATES, LLC, | Case No. 20-10898 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-0152021 | |
| In re: | Chapter 11 |
| LOCK HAVEN CLINIC COMPANY, LLC, | Case No. 20-10899 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-5689444 | |

31

| | |
|---|---|
| In re: | Chapter 11 |
| MCKENZIE CLINIC CORP., | Case No. 20-10900 (KBO) |
| Debtor. | |
| Tax I.D. No. 30-0127159 | |

| | |
|---|---|
| In re: | Chapter 11 |
| AMBULANCE SERVICES OF MCKENZIE, INC., | Case No. 20-10901 (KBO) |
| Debtor. | |
| Tax I.D. No. 30-0127139 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MCKENZIE TENNESSEE HOSPITAL COMPANY, LLC, | Case No. 20-10902 (KBO) |
| Debtor. | |
| Tax I.D. No. 42-1557531 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SUNBURY CLINIC COMPANY, LLC, | Case No. 20-10903 (KBO) |
| Debtor. | |
| Tax I.D. No. 20-5689575 | |

|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SUNBURY HOSPITAL COMPANY, LLC, | ) | Case No. 20-10904 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-3346421 | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BIG SPRING HOSPITAL CORPORATION, | ) | Case No. 20-10905 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 75-2574581 | ) |  |
|  | ) |  |

**FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Debtors") for entry of a final decree (this "Final Decree") pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1 closing the above-captioned chapter 11 cases (collectively, the "Affiliate Cases"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), (c) the Court is able to enter a final order consistent with Article III of the United States Constitution, (d) venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (e) due and sufficient notice of the Motion has been given under the particular circumstances and it appears that no other or further notice need be provided;

---

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

and it appearing that the Affiliate Cases are fully administered within the meaning of section 350(a)

of the Bankruptcy Code and Bankruptcy Rule 3022; and the relief requested being a reasonable

exercise of the Debtors' sound business judgment consistent with their fiduciary duties and in the

best interests of the Debtors, their creditors, and other parties in interest; and after due deliberation

thereon and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Motion is granted to the extent set forth herein.

2.    The following chapter 11 cases are hereby closed effective as of the entry of this

Order:

| | Debtor | Case No. |
|---|---|---|
| 1. | McKenzie-Willamette Regional Medical Center Associates, LLC | 20-10767 (KBO) |
| 2. | MWMC Holdings, LLC | 20-10768 (KBO) |
| 3. | QHCCS, LLC | 20-10769 (KBO) |
| 4. | McKenzie Physician Services, LLC | 20-10770 (KBO) |
| 5. | Triad of Oregon, LLC | 20-10771 (KBO) |
| 6. | Springfield Oregon Holdings, LLC | 20-10772 (KBO) |
| 7. | Quorum Health Investment Company, LLC | 20-10773 (KBO) |
| 8. | Forrest City Holdings, LLC | 20-10774 (KBO) |
| 9. | Forrest City Clinic Company, LLC | 20-10775 (KBO) |
| 10. | Forrest City Arkansas Hospital Company, LLC | 20-10776 (KBO) |
| 11. | Ambulance Services of Forrest City, LLC | 20-10777 (KBO) |
| 12. | Paintsville HMA Physician Management, LLC | 20-10778 (KBO) |
| 13. | Paintsville Hospital Company, LLC | 20-10779 (KBO) |
| 14. | Phillips Hospital Company, LLC | 20-10780 (KBO) |
| 15. | Phillips Clinic Company, LLC | 20-10781 (KBO) |
| 16. | Mesquite Clinic Management Company, LLC | 20-10782 (KBO) |
| 17. | MMC of Nevada, LLC | 20-10783 (KBO) |
| 18. | Fort Payne Clinic Corp. | 20-10784 (KBO) |
| 19. | Fort Payne HBP, LLC | 20-10785 (KBO) |
| 20. | Fort Payne Hospital Corporation | 20-10786 (KBO) |
| 21. | Fort Payne RHC Corp. | 20-10787 (KBO) |
| 22. | QHC California Holdings, LLC | 20-10788 (KBO) |
| 23. | Hospital of Barstow, Inc. | 20-10789 (KBO) |
| 24. | Barstow Healthcare Management, Inc. | 20-10791 (KBO) |
| 25. | Blue Ridge Georgia Holdings, LLC | 20-10792 (KBO) |

DM_US 170639876-4.110184.0013

|  | Debtor | Case No. |
|---|---|---|
| 26. | Blue Ridge Georgia Hospital Company, LLC | 20-10793 (KBO) |
| 27. | Hidden Valley Medical Center, Inc. | 20-10794 (KBO) |
| 28. | Fannin Regional Orthopaedic Center, Inc. | 20-10795 (KBO) |
| 29. | Anna Hospital Corporation | 20-10796 (KBO) |
| 30. | Anna Clinic Corp. | 20-10797 (KBO) |
| 31. | Galesburg Professional Services, LLC | 20-10800 (KBO) |
| 32. | Granite City ASC Investment Company, LLC | 20-10802 (KBO) |
| 33. | Granite City Clinic Corp. | 20-10803 (KBO) |
| 34. | Granite City HBP Corp. | 20-10805 (KBO) |
| 35. | Granite City Hospital Corporation | 20-10806 (KBO) |
| 36. | Granite City Illinois Hospital Company, LLC | 20-10807 (KBO) |
| 37. | Granite City Orthopedic Physicians Company, LLC | 20-10808 (KBO) |
| 38. | Granite City Physicians Corp. | 20-10809 (KBO) |
| 39. | Edwardsville Ambulatory Surgery Center, L.L.C. | 20-10810 (KBO) |
| 40. | Marion Hospital Corporation | 20-10811 (KBO) |
| 41. | Memorial Management, Inc. | 20-10812 (KBO) |
| 42. | River to River Heart Group, LLC | 20-10813 (KBO) |
| 43. | Southern Illinois Medical Care Associates, LLC | 20-10814 (KBO) |
| 44. | Heartland Rural Healthcare, LLC | 20-10815 (KBO) |
| 45. | National Imaging of Carterville, LLC | 20-10816 (KBO) |
| 46. | Crossroads Physician Corp. | 20-10817 (KBO) |
| 47. | National Imaging of Mt. Vernon, LLC | 20-10818 (KBO) |
| 48. | National Healthcare of Mt. Vernon, Inc. | 20-10819 (KBO) |
| 49. | King City Physician Company, LLC | 20-10820 (KBO) |
| 50. | Red Bud Clinic Corp. | 20-10821 (KBO) |
| 51. | Red Bud Hospital Corporation | 20-10822 (KBO) |
| 52. | Red Bud Illinois Hospital Company, LLC | 20-10823 (KBO) |
| 53. | Red Bud Physician Group, LLC | 20-10824 (KBO) |
| 54. | Red Bud Regional Clinic Company, LLC | 20-10825 (KBO) |
| 55. | Monroe County Surgical Center, LLC | 20-10826 (KBO) |
| 56. | Waukegan Clinic Corp. | 20-10827 (KBO) |
| 57. | Waukegan Hospital Corporation | 20-10828 (KBO) |
| 58. | Waukegan Illinois Hospital Company, LLC | 20-10829 (KBO) |
| 59. | Lindenhurst Illinois Hospital Company, LLC | 20-10830 (KBO) |
| 60. | Lindenhurst Surgery Center, LLC | 20-10831 (KBO) |
| 61. | OHANI, LLC | 20-10832 (KBO) |
| 62. | Jackson Hospital Corporation | 20-10834 (KBO) |
| 63. | Jackson Physician Corp. | 20-10835 (KBO) |
| 64. | Kentucky River HBP, LLC | 20-10837 (KBO) |
| 65. | Kentucky River Physician Corporation | 20-10838 (KBO) |
| 66. | Hospital of Louisa, Inc. | 20-10839 (KBO) |
| 67. | Three Rivers Medical Clinics, Inc. | 20-10840 (KBO) |

DM_US 170639876-4.110184.0013

| | Debtor | Case No. |
|---|---|---|
| 68. | Williamston Clinic Corp. | 20-10841 (KBO) |
| 69. | Williamston HBP Services, LLC | 20-10842 (KBO) |
| 70. | Williamston Hospital Corporation | 20-10843 (KBO) |
| 71. | Deming Clinic Corporation | 20-10844 (KBO) |
| 72. | Deming Hospital Corporation | 20-10845 (KBO) |
| 73. | Deming Nursing Home Company, LLC | 20-10846 (KBO) |
| 74. | San Miguel Clinic Corp. | 20-10847 (KBO) |
| 75. | San Miguel Hospital Corporation | 20-10848 (KBO) |
| 76. | Summit Emergency Medicine, LLC | 20-10849 (KBO) |
| 77. | Big Bend Hospital Corporation | 20-10851 (KBO) |
| 78. | Tooele Hospital Corporation | 20-10852 (KBO) |
| 79. | Tooele Clinic Corp. | 20-10853 (KBO) |
| 80. | CHS Utah Holdings, LLC | 20-10854 (KBO) |
| 81. | Ambulance Services of Tooele, LLC | 20-10855 (KBO) |
| 82. | Evanston Clinic Corp. | 20-10856 (KBO) |
| 83. | Evanston Hospital Corporation | 20-10857 (KBO) |
| 84. | QHC ARM Shared Services, LLC | 20-10858 (KBO) |
| 85. | QHC HIM Shared Services, LLC | 20-10859 (KBO) |
| 86. | QHR Development, LLC | 20-10860 (KBO) |
| 87. | QHR Healthcare Affiliates, LLC | 20-10861 (KBO) |
| 88. | QHR Intensive Resources, LLC | 20-10862 (KBO) |
| 89. | QHR International, LLC | 20-10863 (KBO) |
| 90. | Quorum Health Resources, LLC | 20-10864 (KBO) |
| 91. | Quorum Purchasing Advantage, LLC | 20-10865 (KBO) |
| 92. | Quorum Solutions, LLC | 20-10866 (KBO) |
| 93. | Quorum Health Foundation, Inc. | 20-10867 (KBO) |
| 94. | Our Healthy Circle | 20-10868 (KBO) |
| 95. | Quorum Health Corporation Political Action Committee | 20-10869 (KBO) |
| 96. | DHSC, LLC | 20-10870 (KBO) |
| 97. | Doctors Hospital Physician Services, LLC | 20-10871 (KBO) |
| 98. | Massillon Community Health System LLC | 20-10872 (KBO) |
| 99. | Massillon Health System, LLC | 20-10873 (KBO) |
| 100. | Massillon Holdings, LLC | 20-10874 (KBO) |
| 101. | Massillon Physician Services, LLC | 20-10875 (KBO) |
| 102. | QHG of Massillon, Inc. | 20-10876 (KBO) |
| 103. | Augusta Hospital, LLC | 20-10877 (KBO) |
| 104. | Augusta Physician Services, LLC | 20-10878 (KBO) |
| 105. | CSRA Holdings, LLC | 20-10879 (KBO) |
| 106. | Monroe Diagnostic Testing Centers, LLC | 20-10880 (KBO) |
| 107. | Monroe HMA Physician Management, LLC | 20-10881 (KBO) |
| 108. | Monroe HMA, LLC | 20-10882 (KBO) |
| 109. | Barrow Health Ventures, Inc. | 20-10883 (KBO) |

| | Debtor | Case No. |
|---|---|---|
| 110. | Georgia HMA Physician Management, LLC | 20-10884 (KBO) |
| 111. | Winder HMA, LLC | 20-10885 (KBO) |
| 112. | Hamlet H.M.A., LLC | 20-10886 (KBO) |
| 113. | Hamlet HMA Physician Management, LLC | 20-10887 (KBO) |
| 114. | Hamlet HMA PPM, LLC | 20-10888 (KBO) |
| 115. | Blue Island Clinic Company, LLC | 20-10889 (KBO) |
| 116. | Blue Island HBP Medical Group, LLC | 20-10890 (KBO) |
| 117. | Blue Island Hospital Company, LLC | 20-10891 (KBO) |
| 118. | Blue Island Illinois Holdings, LLC | 20-10892 (KBO) |
| 119. | QHC Blue Island Urgent Care Holdings, LLC | 20-10893 (KBO) |
| 120. | Central Alabama Physician Services, Inc. | 20-10894 (KBO) |
| 121. | Greenville Clinic Corp. | 20-10895 (KBO) |
| 122. | Greenville Hospital Corporation | 20-10896 (KBO) |
| 123. | Clinton Hospital Corporation | 20-10897 (KBO) |
| 124. | Haven Clinton Medical Associates, LLC | 20-10898 (KBO) |
| 125. | Lock Haven Clinic Company, LLC | 20-10899 (KBO) |
| 126. | McKenzie Clinic Corp. | 20-10900 (KBO) |
| 127. | Ambulance Services of McKenzie, Inc. | 20-10901 (KBO) |
| 128. | McKenzie Tennessee Hospital Company, LLC | 20-10902 (KBO) |
| 129. | Sunbury Clinic Company, LLC | 20-10903 (KBO) |
| 130. | Sunbury Hospital Company, LLC | 20-10904 (KBO) |
| 131. | Big Spring Hospital Corporation | 20-10905 (KBO) |

3.    The chapter 11 case of Quorum Health Corporation, Case No. 20-10766 (KBO) (the "Lead Case"), shall remain open pending further order of the Court; and from and after the date of entry of this Order, all motions, notices, and other pleadings relating to any of the Debtors, or litigation commenced by the QHC Litigation Trust, shall be filed, administered, and adjudicated in the Lead Case, without the need to reopen the Affiliate Cases, and the Court shall retain jurisdiction over such matters.

4.    The Clerk of the Court shall enter this Order on the docket of each of the above-captioned chapter 11 cases, and each such docket shall be marked as "Closed."

5.    The Debtors' post-confirmation quarterly summary report for the period from October 1, 2020 through December 31, 2020 (the "Fourth Quarter Summary Report") shall include

information for the Affiliate Cases only through the date of entry of this Order; and the fees due and payable pursuant to 28 U.S.C. § 1930(a)(6)(A) and (B) in connection with the Affiliate Cases shall be calculated based on disbursements only through the date of entry of this Order. Subsequent post-confirmation quarterly summary reports shall contain information for the Lead Case only.

6.      The Debtors shall file a verified final report substantially in the form attached to the Motion as <u>Exhibit C</u> summarizing the results of the Chapter 11 Cases within ten (10) business days following entry of final orders approving the final fee applications of the Chapter 11 Case professionals.

7.      Entry of this Order is without prejudice to (a) the rights of the Debtors or any party in interest to seek to reopen any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code, (b) the rights of the Debtors to dispute, before the Court or in an appropriate non-bankruptcy forum, all proofs of claim that were filed against the Debtors in the Chapter 11 Cases to the extent permitted by the Plan and the Confirmation Order, or (c) the QHC Litigation Trust to bring and pursue claims, causes of action, or otherwise seek relief in connection with the QHC Litigation Trust Assets.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

DM_US 170639876-4.110184.0013

10.     The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.