EXHIBIT B

Affiliate Cases

| Debtor | Case No. |
|---|---|
| 1. McKenzie-Willamette Regional Medical Center Associates, LLC | 20-10767 (KBO) |
| 2. MWMC Holdings, LLC | 20-10768 (KBO) |
| 3. QHCCS, LLC | 20-10769 (KBO) |
| 4. McKenzie Physician Services, LLC | 20-10770 (KBO) |
| 5. Triad of Oregon, LLC | 20-10771 (KBO) |
| 6. Springfield Oregon Holdings, LLC | 20-10772 (KBO) |
| 7. Quorum Health Investment Company, LLC | 20-10773 (KBO) |
| 8. Forrest City Holdings, LLC | 20-10774 (KBO) |
| 9. Forrest City Clinic Company, LLC | 20-10775 (KBO) |
| 10. Forrest City Arkansas Hospital Company, LLC | 20-10776 (KBO) |
| 11. Ambulance Services of Forrest City, LLC | 20-10777 (KBO) |
| 12. Paintsville HMA Physician Management, LLC | 20-10778 (KBO) |
| 13. Paintsville Hospital Company, LLC | 20-10779 (KBO) |
| 14. Phillips Hospital Company, LLC | 20-10780 (KBO) |
| 15. Phillips Clinic Company, LLC | 20-10781 (KBO) |
| 16. Mesquite Clinic Management Company, LLC | 20-10782 (KBO) |
| 17. MMC of Nevada, LLC | 20-10783 (KBO) |
| 18. Fort Payne Clinic Corp. | 20-10784 (KBO) |
| 19. Fort Payne HBP, LLC | 20-10785 (KBO) |
| 20. Fort Payne Hospital Corporation | 20-10786 (KBO) |
| 21. Fort Payne RHC Corp. | 20-10787 (KBO) |
| 22. QHC California Holdings, LLC | 20-10788 (KBO) |
| 23. Hospital of Barstow, Inc. | 20-10789 (KBO) |
| 24. Barstow Healthcare Management, Inc. | 20-10791 (KBO) |
| 25. Blue Ridge Georgia Holdings, LLC | 20-10792 (KBO) |
| 26. Blue Ridge Georgia Hospital Company, LLC | 20-10793 (KBO) |
| 27. Hidden Valley Medical Center, Inc. | 20-10794 (KBO) |
| 28. Fannin Regional Orthopaedic Center, Inc. | 20-10795 (KBO) |
| 29. Anna Hospital Corporation | 20-10796 (KBO) |
| 30. Anna Clinic Corp. | 20-10797 (KBO) |
| 31. Galesburg Professional Services, LLC | 20-10800 (KBO) |
| 32. Granite City ASC Investment Company, LLC | 20-10802 (KBO) |
| 33. Granite City Clinic Corp. | 20-10803 (KBO) |
| 34. Granite City HBP Corp. | 20-10805 (KBO) |
| 35. Granite City Hospital Corporation | 20-10806 (KBO) |
| 36. Granite City Illinois Hospital Company, LLC | 20-10807 (KBO) |
| 37. Granite City Orthopedic Physicians Company, LLC | 20-10808 (KBO) |
| 38. Granite City Physicians Corp. | 20-10809 (KBO) |

| | Debtor | Case No. |
|---|---|---|
| 39. | Edwardsville Ambulatory Surgery Center, L.L.C. | 20-10810 (KBO) |
| 40. | Marion Hospital Corporation | 20-10811 (KBO) |
| 41. | Memorial Management, Inc. | 20-10812 (KBO) |
| 42. | River to River Heart Group, LLC | 20-10813 (KBO) |
| 43. | Southern Illinois Medical Care Associates, LLC | 20-10814 (KBO) |
| 44. | Heartland Rural Healthcare, LLC | 20-10815 (KBO) |
| 45. | National Imaging of Carterville, LLC | 20-10816 (KBO) |
| 46. | Crossroads Physician Corp. | 20-10817 (KBO) |
| 47. | National Imaging of Mt. Vernon, LLC | 20-10818 (KBO) |
| 48. | National Healthcare of Mt. Vernon, Inc. | 20-10819 (KBO) |
| 49. | King City Physician Company, LLC | 20-10820 (KBO) |
| 50. | Red Bud Clinic Corp. | 20-10821 (KBO) |
| 51. | Red Bud Hospital Corporation | 20-10822 (KBO) |
| 52. | Red Bud Illinois Hospital Company, LLC | 20-10823 (KBO) |
| 53. | Red Bud Physician Group, LLC | 20-10824 (KBO) |
| 54. | Red Bud Regional Clinic Company, LLC | 20-10825 (KBO) |
| 55. | Monroe County Surgical Center, LLC | 20-10826 (KBO) |
| 56. | Waukegan Clinic Corp. | 20-10827 (KBO) |
| 57. | Waukegan Hospital Corporation | 20-10828 (KBO) |
| 58. | Waukegan Illinois Hospital Company, LLC | 20-10829 (KBO) |
| 59. | Lindenhurst Illinois Hospital Company, LLC | 20-10830 (KBO) |
| 60. | Lindenhurst Surgery Center, LLC | 20-10831 (KBO) |
| 61. | OHANI, LLC | 20-10832 (KBO) |
| 62. | Jackson Hospital Corporation | 20-10834 (KBO) |
| 63. | Jackson Physician Corp. | 20-10835 (KBO) |
| 64. | Kentucky River HBP, LLC | 20-10837 (KBO) |
| 65. | Kentucky River Physician Corporation | 20-10838 (KBO) |
| 66. | Hospital of Louisa, Inc. | 20-10839 (KBO) |
| 67. | Three Rivers Medical Clinics, Inc. | 20-10840 (KBO) |
| 68. | Williamston Clinic Corp. | 20-10841 (KBO) |
| 69. | Williamston HBP Services, LLC | 20-10842 (KBO) |
| 70. | Williamston Hospital Corporation | 20-10843 (KBO) |
| 71. | Deming Clinic Corporation | 20-10844 (KBO) |
| 72. | Deming Hospital Corporation | 20-10845 (KBO) |
| 73. | Deming Nursing Home Company, LLC | 20-10846 (KBO) |
| 74. | San Miguel Clinic Corp. | 20-10847 (KBO) |
| 75. | San Miguel Hospital Corporation | 20-10848 (KBO) |
| 76. | Summit Emergency Medicine, LLC | 20-10849 (KBO) |
| 77. | Big Bend Hospital Corporation | 20-10851 (KBO) |
| 78. | Tooele Hospital Corporation | 20-10852 (KBO) |
| 79. | Tooele Clinic Corp. | 20-10853 (KBO) |
| 80. | CHS Utah Holdings, LLC | 20-10854 (KBO) |

| Debtor | Case No. |
|---|---|
| 81. | Ambulance Services of Tooele, LLC | 20-10855 (KBO) |
| 82. | Evanston Clinic Corp. | 20-10856 (KBO) |
| 83. | Evanston Hospital Corporation | 20-10857 (KBO) |
| 84. | QHC ARM Shared Services, LLC | 20-10858 (KBO) |
| 85. | QHC HIM Shared Services, LLC | 20-10859 (KBO) |
| 86. | QHR Development, LLC | 20-10860 (KBO) |
| 87. | QHR Healthcare Affiliates, LLC | 20-10861 (KBO) |
| 88. | QHR Intensive Resources, LLC | 20-10862 (KBO) |
| 89. | QHR International, LLC | 20-10863 (KBO) |
| 90. | Quorum Health Resources, LLC | 20-10864 (KBO) |
| 91. | Quorum Purchasing Advantage, LLC | 20-10865 (KBO) |
| 92. | Quorum Solutions, LLC | 20-10866 (KBO) |
| 93. | Quorum Health Foundation, Inc. | 20-10867 (KBO) |
| 94. | Our Healthy Circle | 20-10868 (KBO) |
| 95. | Quorum Health Corporation Political Action Committee | 20-10869 (KBO) |
| 96. | DHSC, LLC | 20-10870 (KBO) |
| 97. | Doctors Hospital Physician Services, LLC | 20-10871 (KBO) |
| 98. | Massillon Community Health System LLC | 20-10872 (KBO) |
| 99. | Massillon Health System, LLC | 20-10873 (KBO) |
| 100. | Massillon Holdings, LLC | 20-10874 (KBO) |
| 101. | Massillon Physician Services, LLC | 20-10875 (KBO) |
| 102. | QHG of Massillon, Inc. | 20-10876 (KBO) |
| 103. | Augusta Hospital, LLC | 20-10877 (KBO) |
| 104. | Augusta Physician Services, LLC | 20-10878 (KBO) |
| 105. | CSRA Holdings, LLC | 20-10879 (KBO) |
| 106. | Monroe Diagnostic Testing Centers, LLC | 20-10880 (KBO) |
| 107. | Monroe HMA Physician Management, LLC | 20-10881 (KBO) |
| 108. | Monroe HMA, LLC | 20-10882 (KBO) |
| 109. | Barrow Health Ventures, Inc. | 20-10883 (KBO) |
| 110. | Georgia HMA Physician Management, LLC | 20-10884 (KBO) |
| 111. | Winder HMA, LLC | 20-10885 (KBO) |
| 112. | Hamlet H.M.A., LLC | 20-10886 (KBO) |
| 113. | Hamlet HMA Physician Management, LLC | 20-10887 (KBO) |
| 114. | Hamlet HMA PPM, LLC | 20-10888 (KBO) |
| 115. | Blue Island Clinic Company, LLC | 20-10889 (KBO) |
| 116. | Blue Island HBP Medical Group, LLC | 20-10890 (KBO) |
| 117. | Blue Island Hospital Company, LLC | 20-10891 (KBO) |
| 118. | Blue Island Illinois Holdings, LLC | 20-10892 (KBO) |
| 119. | QHC Blue Island Urgent Care Holdings, LLC | 20-10893 (KBO) |
| 120. | Central Alabama Physician Services, Inc. | 20-10894 (KBO) |
| 121. | Greenville Clinic Corp. | 20-10895 (KBO) |
| 122. | Greenville Hospital Corporation | 20-10896 (KBO) |

| Debtor | | Case No. |
|---|---|---|
| 123. | Clinton Hospital Corporation | 20-10897 (KBO) |
| 124. | Haven Clinton Medical Associates, LLC | 20-10898 (KBO) |
| 125. | Lock Haven Clinic Company, LLC | 20-10899 (KBO) |
| 126. | McKenzie Clinic Corp. | 20-10900 (KBO) |
| 127. | Ambulance Services of McKenzie, Inc. | 20-10901 (KBO) |
| 128. | McKenzie Tennessee Hospital Company, LLC | 20-10902 (KBO) |
| 129. | Sunbury Clinic Company, LLC | 20-10903 (KBO) |
| 130. | Sunbury Hospital Company, LLC | 20-10904 (KBO) |
| 131. | Big Spring Hospital Corporation | 20-10905 (KBO) |

DM_US 170639876-4.110184.0013