EXHIBIT C

Form of Verified Final Report

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> QUORUM HEALTH CORPORATION, *et al.*, <br><br> Debtors.¹ | ) Chapter 11 <br> ) <br> ) Case No. 20-10766 (KBO) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Related to Docket No. \_\_\_** <br> ) |

## FINAL REPORT IN AFFILIATE CHAPTER 11 CASES

I, Alfred Lumsdaine, the Executive Vice President and Chief Financial Officer of Quorum Health Corporation, hereby declare that, to the best of my knowledge, information, and belief, the following is a summary of the results in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

1. The fees and expenses awarded to (i) the patient care ombudsman appointed in the Chapter 11 Cases [Docket No. 119] (the "PCO") and (ii) the professionals retained by the Debtors and the PCO pursuant to sections 327, 328, 363 and/or 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), for services rendered to the above-captioned debtors (the "Debtors") and the PCO through the date of entry of the Confirmation Order (as defined below) are as follows:²

---

¹ The last four digits of Quorum Health Corporation's tax identification number are 5208. There are 132 Debtors in these chapter 11 cases, which cases are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Quorum. The location of Quorum Health Corporation's corporate headquarters and the Debtors' service address is 1573 Mallory Lane, Brentwood, Tennessee 37027.

² The information provided in the table below was obtained from the *Quarterly Report of Alvarez & Marsal North America, LLC for the Period From April 7, 2020 Through June 30, 2020* [Docket No. 579-1] and the *Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursements of Expenses* [Docket No. \_\_\_].

1

| Chapter 11 Professional[3] | Allowed Fees | Allowed Expenses |
|---|---|---|
| **Debtor Professionals** | | |
| McDermott Will & Emery LLP (Counsel to Debtors) | $[•] | $[•] |
| MTS Health Partners, L.P. (Investment Bankers to Debtors) | $[•] | $[•] |
| Alvarez & Marsal North America, LLC (Chief Restructuring Officer) | $[•] | $[•] |
| KPMG LLP (Tax Advisor to Debtors) | $[•] | $[•] |
| Bradley Arant Boult Cummings LLP (Special Counsel to Debtors) | $[•] | $[•] |
| Deloitte Financial Advisory Services LLP (Fresh Start Accounting Advisor to Debtors) | $[•] | $[•] |
| Deloitte & Touche LLP (Independent Auditor to Debtors) | $[•] | $[•] |
| Epiq Corporate Restructuring, LLC (Administrative Agent to Debtors) | $[•] | $[•] |
| **Patient Care Ombudsman and Patient Care Ombudsman Professionals** | | |
| Daniel T. McMurray (Patient Care Ombudsman) | $[•] | $[•] |
| Neubert, Pepe & Monteith, P.C. (Counsel to Patient Care Ombudsman) | $[•] | $[•] |
| Klehr Harrison Harvey Branzburg LLP (Co-Counsel to Patient Care Ombudsman) | $[•] | $[•] |

2. The Debtors believe that they are current on all fees owed pursuant to 28 U.S.C. § 1930 (the "U.S. Trustee Fees") through the second quarter of 2020. Within thirty (30) days after entry of a final decree closing the Chapter 11 Cases (except for the case of Quorum Health Corporation, Case No. 20-10766 (KBO)), the Debtors will pay all U.S. Trustee Fees due in the closed cases through the date of entry of the final decree.

---

[3] This report does not include payments made to professionals pursuant to the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 234].

3.	On June 30, 2020, the Court entered an order [Docket No. 556] (the "Confirmation Order") confirming the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 556-1] (the "Plan"). The Plan became effective on July 7, 2020 (the "Effective Date"). *See* Docket No. 568.

4.	The percentage recoveries to creditors and interest holders under the Plan were as follows:

| Class | Type of Claim or Interest | Percentage Distribution |
|:---:|---|:---:|
| 1 | Other Secured Claims | 100% |
| 2 | Other Priority Claims | 100% |
| 3 | ABL Claims | 100% |
| 4 | First Lien Loan Claims | 100% |
| 5 | Senior Notes Claims | 9.8% |
| 6 | General Unsecured Claims | 100% |
| 7 | Debtor Intercompany Claims | N/A |
| 8 | Non-Debtor Intercompany Claims | N/A |
| 9 | Intercompany Interests | N/A |
| 10 | Quorum Interests | 0% |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October ___, 2020

_____
Alfred Lumsdaine
Executive Vice President and
Chief Financial Officer
Quorum Health Corporation